# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                          **CRIMINAL ACTION NUMBER: 3:14MJ-194-DW**

**CHRISTOPHER HISLE**                                                                        **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on April 9, 2014 to conduct an initial appearance.

APPEARANCES
For the United States:      Amanda E. Gregory, Assistant United States Attorney
For the defendant:          Defendant, Christopher Hisle - Present and in custody
Court Reporter:             Alan Wernecke

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the charges contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found that the defendant did not qualify for court appointed counsel. The Court advised the defendant to retain counsel for further proceedings.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this case is scheduled for a combined preliminary and detention hearing on **Friday, April 11, 2014 at 2:30 p.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the U.S. Marshal pending further order of the Court.

This 9th day of April, 2014

**ENTERED BY ORDER OF THE COURT:**
**DAVE WHALIN**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY: /s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation
        Counsel for Defendant

0|10