# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**VS.**                                       **CRIMINAL ACTION NUMBER: 3:14-MJ-194-DW**

**CHRISTOPHER HISLE**                                                   **DEFENDANT**

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge, and was called in open Court on April 15, 2014 to conduct a combined preliminary and detention hearing.

APPEARANCES

| | |
|---|---|
| For the United States: | Amanda E. Gregory, Assistant United States Attorney |
| For the defendant: | Defendant, Christopher Hisle - Present and in custody |
| Court Reporter: | Digitally Recorded Proceedings |

The Defendant failed to comply with the Court's order that he complete the detailed financial affidavit provided by the United States Probation Office. Based on comments made by the Defendant, the Court will construe his remarks as a motion for additional time to complete the financial affidavit and/or retain private counsel.

**IT IS HEREBY ORDERED** that this matter is **CONTINUED** to **Monday, April 21, 2014 at 1:00 p.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the United States Marshal pending further order of the Court.

This 15th day of April, 2014

**ENTERED BY ORDER OF THE COURT:**
**DAVE WHALIN**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY: /s/** *Ashley Henry*
**Ashley Henry - Deputy Clerk**

Copies: U.S. Attorney
         U.S. Probation

0|15