## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.**                                            **CRIMINAL ACTION NO. 3:14MJ-194-DW**

**CHRISTOPHER HISLE**                                               **DEFENDANT**

### ORDER

Due to the unavailability of Defendant's counsel and by agreement of the United States;

**IT IS HEREBY ORDERED** that the combined preliminary and detention hearing scheduled in this matter for April 21, 2014 is **REMANDED** from the Court's docket and **RESCHEDULED** to **Wednesday, April 23, 2014 at 1:30 p.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

Date:   April 18, 2014                  **ENTERED BY ORDER OF THE COURT:**
                                                  **DAVE WHALIN, MAGISTRATE JUDGE**
                                                  **UNITED STATES DISTRICT COURT**
                                                  **VANESSA L. ARMSTRONG, CLERK**
                                                  **BY: /s/** *Ashley Henry*
                                                           **Deputy Clerk**

cc:    United States Attorney
        United States Probation